NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MAG INSTRUMENT, INC.,**
*Appellant,*
**v.**

**THE BRINKMANN CORPORATION,**
*Cross-Appellant.*

———————————

2011-1052,-1053
(Opposition Nos. 91164169, 91164340, and 91163534)

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

———————————

**JUDGMENT**

———————————

ROBERT C. WEISS, Law Offices of Robert C. Weiss, of Manhattan Beach, California, argued for appellant. With him on the brief were ANNA E. RAIMER, Jones Day, of Houston, Texas, and JERROLD B. REILLY, Mag Instrument, Inc., of Ontario, California.

GARY A. CLARK, Sheppard, Mullin, Richter & Hampton, LLP, of Los Angeles, California, argued for cross-appellant. With him on the brief was SUSAN M. HWANG.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, CLEVENGER, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2011   /s/ Jan Horbaly
  Date     Jan Horbaly
        Clerk